FILED
CHARLOTTE, N.C.

### IN THE DISTRICT COURT OF THE UNITED STATES
### FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION

FEB 17 2009

U.S. DISTRICT COURT
W. DIST. OF N.C.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:09CR 13 |
| | ) | |
| vs. | ) | **ORDER TO SEAL INDICTMENT** |
| | ) | |
| ANAY LOPEZ BELTRAN, ET. AL. | ) | |
| | ) | |

UPON motion of the United States Attorney, it is hereby ORDERED, ADJUDGED AND DECREED that the Bill of Indictment, the Motion to Seal Indictment, and any other related documents be sealed.

THIS the 17th day of February, 2009.

Carl Horn, III
MAGISTRATE JUDGE