FILED
IN COURT
ASHEVILLE, N.C.

FEB 26 2009

U.S. DISTRICT COURT
W. DIST. OF N.C.

## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:09CR13 |
| | ) | |
| vs. | ) | **ORDER TO UNSEAL INDICTMENT** |
| | ) | |
| ANAY LOPEZ BELTRAN, ET. AL. | ) | |
| | ) | |

THIS MATTER is before the Court on motion of the Government to unseal the file in the captioned criminal matter.

For good cause shown.

IT IS, THEREFORE, ORDERED that the Government's motion is ALLOWED and the entire file in this criminal action is hereby UNSEALED.

This the 26th day of February, 2009.

_____
UNITED STATES MAGISTRATE JUDGE