# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:09CR13

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Vs. | ) | **ORDER** |
| | ) | |
| ANAY LOPEZ BELTRAN, *et al.* | ) | |
| _____ | ) | |

**THIS MATTER** is before the court upon defendant Dennis Lamar Bruton's Motion to Toll Deadlines Contained in the Arraignment Order. Having considered defendant Dennis Lamar Bruton's Motion to Toll Deadlines Contained in the Arraignment Order and reviewed the pleadings, and it appearing that open file discovery in this matter commenced March 2, 2009, as announced by the government in open court, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that defendant Dennis Lamar Bruton's Motion to Toll Deadlines Contained in the Arraignment Order (#106) is **GRANTED,** and the time provided in the Arraignment Order for the filing of motions shall commence as of March 2, 2009.

**IT IS FURTHER ORDERED** that such commencement date of March 2, 2009, for the filing of motions shall apply to all Arraignment Orders entered in all other co-defendants' cases without the necessity of filing a separate motion.

A copy of this Order shall be sent to counsel for each defendant in this matter through ECF.

Signed: March 3, 2009

Dennis L. Howell
United States Magistrate Judge