# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

### CRIMINAL NO. 1:09CR13

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **O R D E R** |
| | ) | |
| **YVONNE MARIE FOUNTAIN** | ) | |

**THIS MATTER** is before the Court on the Defendant's motion for joinder.

Defendant does not move for joinder as provided in Fed. R. Crim. P. 8, but requests the Court to permit her to adopt (or "join in") the motion to suppress filed by co-Defendant Dennis Bruton and to attend and participate in the hearing on such motion scheduled for Monday, April 6, 2009. For cause shown, the Court finds that this Defendant has standing to challenge the search warrant and resulting evidence, and the motion will be allowed.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion for joinder is **ALLOWED.**

Because this Defendant is in custody, the Clerk is directed to furnish this Order to the United States Marshal who shall make appropriate arrangements for the appearance of this Defendant at the hearing on Monday, April 6, 2009, at 10:00 AM.

Signed: April 3, 2009

Lacy H. Thornburg
United States District Judge