# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:09 cr 13-9

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| YVONNE MARIE FOUNTAIN. ) | |
| ) | |

**THIS CAUSE** came on to be heard on May 14, 2009 upon direction of the undersigned so that this court could make inquiry as to whether or not the defendant had retained an attorney to represent her in this matter. The court conducted an inquiry with the defendant and was advised the defendant had retained attorney Sherlock Grigsby of Washington, DC to represent her in this matter. The undersigned explained to the defendant that Mr. Grigsby would, in all likelihood, have to request admission *pro hac vice* which would require that the defendant retain an attorney who was licensed in this state and who had been admitted to practice in this district. Later in the morning, attorney Clinton Rudisill appeared before the undersigned and advised that he was making a general appearance for the defendant and he would be filing a motion seeking the admission of Mr. Grigsby *pro hac vice* to also represent the defendant. Based upon the foregoing, the undersigned has determine to enter the following order.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that attorney Sherlock Grigsby file a Notice of Appearance certifying his appearance on behalf of the defendant and should Mr. Grigsby desire to be admitted to represent the defendant that a motion be filed by Mr. Rudisill requesting the admission of Mr. Grigsby *pro hac vice* to also represent the defendant. It is also **ORDERED** that the Notice of Appearance and such motion be filed on or before **May 26, 2009**.

Signed: May 19, 2009

*/s/ Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge