IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:09 CR 13

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff ) | |
| V ) | **ORDER** |
| YVONNE MARIE FOUNTAIN, ) | |
| Defendant. ) | |

**THIS MATTER** is before the court on Clinton L. Rudisill's Application for Admission to Practice *Pro Hac Vice* of Sherlock V. Grigsby. It appearing that Sherlock V. Grigsby is a member in good standing with the Bar of the District of Columbia and will be appearing with Clinton L. Rudisill, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Clinton L. Rudisil's Motion for Application *Pro Hac Vice* (#235) of Sherlock V. Grigsby is **GRANTED**, and that Sherlock V. Grigsby is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Clinton L. Rudisill.

Signed: May 26, 2009

Dennis L. Howell
United States Magistrate Judge