# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:09CR13-9

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Vs.** | ) | **ORDER** |
| | ) | |
| **YVONNE MARIE FOUNTAIN.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the court on defendants' Motion to Continue. Having considered defendants' motion and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that defendants' Motion to Continue (#252) is **GRANTED,** and the Rule 11 proceeding in this matter is reset for Monday, June 29, 2009, at a time to be determined by the Clerk of this court. Both lead counsel and local counsel shall attend such hearing with their client.

Signed: June 22, 2009

_____
Dennis L. Howell
United States Magistrate Judge