**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION**

**CRIMINAL NO. 1:09CR13**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **VS.** ) | **O R D E R** |
| ) | |
| **YVONNE MARIE FOUNTAIN** ) | |

**THIS MATTER** is before the Court on Defendant's petition for a writ of *habeas corpus ad testificandum* for co-Defendant Dennis Lamar Bruton currently in the custody of the United States Marshal at the Buncombe County Detention Facility.

Defendant states that Bruton is an essential witness for her defense. The Court finds that the Defendant has established good cause for the writ and the petition will be granted.

The United States Marshal requires, however, that Defendant's counsel notify that office as to when Bruton's appearance will be needed in order that appropriate arrangements can be made with the Buncombe County Detention Facility.

**IT IS, THEREFORE, ORDERED** that the Defendant's petition for a writ of *habeas corpus ad testificandum* for Dennis Bruton is hereby **ALLOWED**, and the writ is issued herewith.

Signed: July 8, 2009

Lacy H. Thornburg
United States District Judge