# THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## CRIMINAL CASE NO. 1:09-cr-00013-MR-9

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| YVONNE MARIE FOUNTAIN, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Defendant's "Motion to Request a Court Order" [Doc. 880] and the Defendant's "Motion to Unseal Arrest Warrant" [Doc. 892].

In her first motion, the Defendant requests that the Court order the production of the transcript of her Rule 11 hearing. [Doc. 880]. The Defendant does not seek to obtain this transcript at the Government's expense. [Id.]. The Defendant is advised that the transcript has been prepared and is already part of the record. [See Doc. 765]. Further, the Clerk's Office has already contacted the Defendant and advised her how she can obtain a copy of this transcript. [See Doc. 885]. Accordingly, the Defendant's motion [Doc. 880] is moot.

In her second motion, the Defendant moves the Court to unseal the arrest warrant and search warrant issued in this case and produce copies of these documents to her. A review of the docket sheet indicates that these documents are not in fact sealed and thus no order from the Court is required. If the Defendant wishes to obtain copies of these documents, she can request them directly from the Clerk's Office. Accordingly, this motion too is moot.

**IT IS, THEREFORE, ORDERED** that the Defendant's "Motion to Request a Court Order" [Doc. 880] and the Defendant's "Motion to Unseal Arrest Warrant" [Doc. 892] are both **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Signed: October 3, 2017

Martin Reidinger
United States District Judge