THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:09-cr-00013-MR-WCM-9

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>YVONNE MARIE FOUNTAIN, )<br>)<br>Defendant. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the letter of Andie Morgenlander, which the Court construes as a motion seeking the early termination of the Defendant's term of supervised release. [Doc. 950].

Ms. Morgenlender, the Program Coordinator of Light a Path, a community nonprofit organization, requests that the Court terminate the Defendant's term of supervised release. As a third party, however, Ms. Morgenlender cannot seek such relief on behalf of the Defendant. If the Defendant wishes to seek the early termination of supervised release, she must file her own motion.

**IT IS, THEREFORE, ORDERED** that letter of Andie Morgenlander, which the Court construes as a motion seeking the early termination of the Defendant's term of supervised release [Doc. 950], is **DENIED**.

**IT IS SO ORDERED.**

Signed: July 14, 2020

Martin Reidinger
Chief United States District Judge