THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:09-cr-00013-MR-9

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>YVONNE MARIE FOUNTAIN, )<br>)<br>Defendant. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court upon the Defendant's Motion for Early Termination of Supervised Release. [Doc. 984]. Both counsel for the Government and the Defendant's supervising probation officer have advised the Court that they do not oppose the Defendant's request.

Upon review of the Defendant's motion, and upon consultation with the Defendant's supervising probation officer, the Court is satisfied that the early termination of the Defendant's supervised release is warranted by the Defendant's conduct and is in the interest of justice. See 18 U.S.C. § 3583(e)(1).

Accordingly, **IT IS, THEREFORE, ORDERED** that the Defendant's Motion for Early Termination of Supervised Release [Doc. 984] is

**GRANTED**, and the Defendant's term of supervised release is hereby terminated.

The Clerk of Court is respectfully directed to provide a copy of this Order to the Defendant, counsel for the Government, and the United States Probation Office.

**IT IS SO ORDERED.**

Signed: October 26, 2021

Martin Reidinger
Chief United States District Judge